```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10699
    JANETTE COLON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8406


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/15/2007 and was confirmed 09/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   2.00%.

     The case was dismissed after confirmation 02/04/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG       6119.54         .00          6119.54
CHASE HOME FINANCE LLC    MORTGAGE ARRE       6860.68         .00              .00
AMERICAN GENERAL FINANCE  CURRENT MORTG       1065.16         .00          1065.16
TRIAD FINANCIAL CORP      SECURED VEHIC       6539.00         .00           413.40
TCF BANK                  UNSECURED         NOT FILED         .00              .00
AMERICAN GENERAL FINANCE  UNSECURED           2131.92         .00              .00
AT&T LOAN TRADE           UNSECURED         NOT FILED         .00              .00
LORETTO HOSPITAL          UNSECURED         NOT FILED         .00              .00
NICOR GAS                 UNSECURED            337.82         .00              .00
AT&T WIRELESS             UNSECURED           3338.83         .00              .00
RITMO Y PASION            UNSECURED         NOT FILED         .00              .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE       1052.81         .00              .00
TRIAD FINANCIAL CORP      UNSECURED            331.12         .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            165.12         .00              .00
SECOND START              DEBTOR ATTY        3,254.00                         .00
TOM VAUGHN                TRUSTEE                                          521.90
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   8,120.00

PRIORITY                                              .00
SECURED                                          7,598.10
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                              521.90
DEBTOR REFUND                                         .00
                        ---------------   ---------------
TOTALS                    8,120.00               8,120.00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10699 JANETTE COLON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                                PAGE   2
            CASE NO. 07 B 10699 JANETTE COLON